MARCUS LEE (Nevada Bar No. 15769)
MARCUS SMITH (Nevada Bar No. 12098)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Marcus.Smith@lewisbrisbois.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BALLOU, CARLA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC.,<br><br>    Defendant. | Case No. 2:21-cv-01873-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Defendant Universal Health Services, Inc., by and through its attorneys, Marcus Lee, Esq. and Marcus Smith, Esq. of Lewis Brisbois Bisgaard & Smith, LLP, and Plaintiff Carla Ballou, by and through her attorney Jenny Foley of HKM Employment Attorneys LLP, hereby submit this Stipulation to Extend Time to Respond to Complaint.

Plaintiff served the Complaint on December 3, 2021, and, as such, the deadline to respond to the Complaint was December 27, 2021 (as December 24, 2021, was a federal holiday, and December 25 and 26, 2021, were a Saturday and Sunday, respectively).

The parties hereby stipulate that the deadline for Defendant to respond to the Complaint will be extended from December 27, 2021, to **March 15, 2022**.  The extension will allow newly assigned counsel the opportunity to fully investigate the Complaint and prepare an appropriate response.

The failure to file this Stipulation before the deadline expired was the result of excusable



4887-0692-8654.1

neglect. Defendant was not aware that the Complaint was served and counsel for Defendant, Marcus Smith, discovered a response to the Complaint had not been filed when he was assigned to the case late last week after commencing employment with Lewis Brisbois Bisgaard & Smith, LLP.

This is the first stipulation for extension of time to file a response to the complaint.

Dated this 14th day of February, 2022

| HKM EMPLOYMENT ATTORNEYS, LLP | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|---|---|
| /s/ Jenny Foley | /s/ Marcus Lee |
| Jenny L. Foley, Esq.<br>Bar No. 9017<br>HKM Employment Attorneys, LLP<br>1785 East Sahara, Suite 300<br>Las Vegas, NV 89104<br>Tel: (702)805-8340<br>Fax: (702)805-8340<br><br>Attorneys for Plaintiff | Marcus J. Lee, Esq.<br>Nevada Bar No. 15769<br>Marcus B. Smith, Esq.<br>Nevada Bar No. 12098<br>6385 South Rainbow Boulevard, Ste. 600<br>Las Vegas, NV 89118<br>Telephone: (702)830-9016<br>Facsimile: (702)366-9563<br><br>Attorney for Defendant |

**IT IS SO ORDERED:**

Dated this 15th day of February 2022.

_____
UNITED STATES MAGISTRATE JUDGE