MARCUS LEE (Nevada Bar No. 15769)
MARCUS SMITH (Nevada Bar No. 12098)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Marcus.Smith@lewisbrisbois.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BALLOU, CARLA,<br><br>   Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC.,<br><br>   Defendant. | Case No. 2:21-cv-01873-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

  Pursuant to LR IA 6-1, Defendant Universal Health Services, Inc., by and through its attorneys, Marcus Lee, Esq. and Marcus Smith, Esq. of Lewis Brisbois Bisgaard & Smith, LLP, and Plaintiff Carla Ballou, by and through her attorney Jenny Foley of HKM Employment Attorneys LLP, hereby submit this Stipulation to Extend Time to Respond to Complaint.

  Plaintiff served the Complaint on December 3, 2021, and, as such, the deadline to respond to the Complaint was December 27, 2021 (as December 24, 2021, was a federal holiday, and December 25 and 26, 2021, were a Saturday and Sunday, respectively).

  The parties hereby stipulate that the deadline for Defendant to respond to the Complaint will be extended from March 15, 2022, to **March 22, 2022**.  The extension will allow the parties to fully explore the potential to mediate this matter and to discuss whether the matter is appropriate for arbitration.

/ / /

/ / /

4887-2055-4261.1

1  This is the second stipulation for extension of time to file a response to the complaint.

2  Dated this 14th day of March, 2022

| HKM EMPLOYMENT ATTORNEYS, LLP | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|---|---|
| /s/ Jenny Foley | /s/ Marcus Lee |
| Jenny L. Foley, Esq.<br>Bar No. 9017<br>HKM Employment Attorneys, LLP<br>1785 East Sahara, Suite 300<br>Las Vegas, NV 89104<br>Tel:    (702)805-8340<br>Fax:   (702)805-8340<br><br>Attorneys for Plaintiff | Marcus J. Lee, Esq.<br>Nevada Bar No. 15769<br>Marcus B. Smith, Esq.<br>Nevada Bar No. 12098<br>6385 South Rainbow Boulevard, Ste. 600<br>Las Vegas, NV 89118<br>Telephone: (702)830-9016<br>Facsimile: (702)366-9563<br><br>Attorney for Defendant |

**IT IS SO ORDERED:**

Dated this 15th day of March 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4887-2055-4261.1                              2