1  MARCUS LEE (Nevada Bar No. 15769)
   MARCUS SMITH (Nevada Bar No. 12098)
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Boulevard, Suite 600
3  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
4  Facsimile: 702.893.3789
   Marcus.Lee@lewisbrisbois.com
5  Marcus.Smith@lewisbrisbois.com
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BALLOU, CARLA, | Case No. 2:21-cv-01873-APG-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| UNIVERSAL HEALTH SERVICES, INC., | **(THIRD REQUEST)** |
| Defendant. | |

Pursuant to LR IA 6-1, Defendant Universal Health Services, Inc., by and through its attorneys, Marcus Lee, Esq. and Marcus Smith, Esq. of Lewis Brisbois Bisgaard & Smith, LLP, and Plaintiff Carla Ballou, by and through her attorney Jenny Foley of HKM Employment Attorneys LLP, hereby submit this Stipulation to Extend Time to Respond to Complaint.

Plaintiff served the Complaint on December 3, 2021, and, as such, the deadline to respond to the Complaint was December 27, 2021 (as December 24, 2021, was a federal holiday, and December 25 and 26, 2021, were a Saturday and Sunday, respectively).

The parties hereby stipulate that the deadline for Defendant to respond to the Complaint will be extended from March 22, 2022, to **March 29, 2022**. The extension will allow newly assigned counsel the opportunity to fully investigate the Complaint and prepare an appropriate response.

The failure to file this Stipulation before the deadline expired was the result of excusable



4870-3050-7287.1

neglect. Defendant was not aware that the Complaint was served and counsel for Defendant, Marcus Smith, discovered a response to the Complaint had not been filed when he was assigned to the case late last week after commencing employment with Lewis Brisbois Bisgaard & Smith, LLP.

This is the third stipulation for extension of time to file a response to the complaint.

Dated this 21st day of March, 2022

| HKM EMPLOYMENT ATTORNEYS, LLP | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|---|---|
| /s/ Jenny Foley | /s/ Marcus Lee |
| Jenny L. Foley, Esq.<br>Bar No. 9017<br>HKM Employment Attorneys, LLP<br>1785 East Sahara, Suite 300<br>Las Vegas, NV 89104<br>Tel:  (702)805-8340<br>Fax:  (702)805-8340 | Marcus J. Lee, Esq.<br>Nevada Bar No. 15769<br>Marcus B. Smith, Esq.<br>Nevada Bar No. 12098<br>6385 South Rainbow Boulevard, Ste. 600<br>Las Vegas, NV 89118<br>Telephone: (702)830-9016<br>Facsimile: (702)366-9563 |
| Attorneys for Plaintiff | Attorney for Defendant |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 22, 2022