UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLA BALLOU,<br><br>　　　　　　Plaintiff,<br>v.<br>UNIVERSAL HEALTH SERVICES, INC.,<br>　　　　　　Defendant. | Case No. 2:21-cv-01873-APG-DJA<br><br>**Order Granting in Part Stipulation and Closing Case**<br><br>[ECF No. 20] |

　　　The parties have stipulated to resolve their disputes by binding arbitration. ECF No. 20. Thus, there is nothing left for this court to do and no reason to retain jurisdiction over this case.

　　　I THEREFORE ORDER that the parties' stipulation **(ECF No. 20) is GRANTED** in part.  The parties will submit to binding arbitration as required by their Agreement.  Each party shall bear its own fees and costs incurred in this case.

　　　I FURTHER ORDER the clerk of the court to close this case.

　　　DATED THIS 1st day of April, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE