MARCUS J. LEE
Nevada Bar No. 15769
E: marcus.lee@barberranen.com
HOLLY WALKER
E: holly.walker@barberranen.com
Nevada Bar No. 14295
BARBER RANEN LLP
4695 MacArthur Ct., Ste 900
Newport Beach, California 92660
T: 626.626.6902

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARLA BALLOU<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES, INC.<br><br>Defendant. | Case No. 2:21-cv-01873-APG-DJA |

### SUBSTITUTION OF ATTORNEY

Universal Health Services, Inc. ("Defendant") hereby substitutes Marcus Lee and Holly Walker, of the law firm BARBER RANEN LLP, located at 4695 MacArthur Ct., Suite 900, Newport Beach, California, 92660, 628-626-6902, as attorneys of record, both attorneys having left their prior firm, LEWIS BRISBOIS BISGAARD & SMITH LLP.

DATED:  May 5, 2023                        _____

                                           (signature of party)

1

I consent to the above substitution.

DATED: May 26, 2023

_____
Jana I. Lubert
(signature of representative of
Lewis Brisbois Bisgaard & Smith LLP)

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: May 5, 2023        __/s/ Marcus J. Lee_____

Please check one: __X__ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: 5/30/2023          _____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2